IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STACY BAKER, *et. al.* | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: RDB 07CV2796 |
| M. ALI BEHNAM, M.D., *et. al.* | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by their respective undersigned counsel, stipulate and agree that this action shall be, and hereby is, DISMISSED WITH PREJUDICE. Plaintiff and Defendants are paying their own costs.

_____ | _____
Kathleen H. Meredith | Frederick W. Goundry, III
Bar # 00701 | USDC/MD Bar #09440
David J. Wildberger | VARNER & GOUNDRY
Bar # 22421 | A Professional Corporation
Iliff & Meredith, P.C. | 121 East Patrick Street
Patriots Plaza, Suite 201 | Frederick, Maryland 21701
8055 Ritchie Highway | (301) 631-1800
Pasadena, MD 21122 | Attorneys for Defendants,
(410) 685-1166 | M. Ali Behnam, M.D., and
Attorneys for Plaintiff, | The Gynecology Center
Stacy Baker |